34 A.3d 774

IN THE MATTER OF MARVIN BLAKELY, AN ATTORNEY
AT LAW (ATTORNEY NO. 037411984).

January 25, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–183, concluding that **MARVIN BLAKELY** of **FLORHAM PARK,** who was admitted to the bar of this State in 1985, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.5(b) (failure to provide client with a written retainer agreement), *RPC* 1.15(a) (negligent misappropriation), *RPC* 1.15(d) and *R.* 1:21–6 (recordkeeping violations), and *RPC* 5.5(a) (practicing law while ineligible), and good cause appearing;

It is ORDERED that **MARVIN BLAKELY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.